UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

BILLY JOE SCOTT

    Petitioner,

V.

GREGORY KIZZIAH, Warden,

    Respondent.

Civil Action No. 7: 17-194-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and consistent with the Memorandum Opinion and Order entered this date, it is **ORDERED** and **ADJUDGED** that:

1. Judgment is entered in favor of Respondent Gregory Kizziah, Warden of the United States Penitentiary – Big Sandy, with respect to all issues in this proceeding.

2. This action is **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

Dated January 4, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY